RECEIVED
IN LAKE CHARLES, LA
OCT 27 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CHARLES METCALF, JR.**<br>B.O.P. #43753-074<br><br>v.<br><br>**BECKY CLAY ET AL.** | CIVIL ACTION NO. 2:15-CV-02548<br><br>JUDGE MINALDI<br><br>MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc.16) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the instant application be **GRANTED** regarding his due process claim for the disciplinary proceedings.

**IT IS FURTHER ORDERED** that the disciplinary adjudication and sanctions following the third hearing are vacated, and that this matter is remanded to the prison for rehearing with all rights to which the petitioner is entitled.

**IT IS FURTHER ORDERED** that the petitioner's Request for Discovery be **DENIED**.

Lake Charles, Louisiana, this 26 day of Oct, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

1